IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT M. DICK III,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D15-4648

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed September 7, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Robert M. Dick III, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for belated appeal is denied on the merits.

WINOKUR, JAY, and WINSOR, JJ., concur.